UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA COOPER,

                Plaintiff,

-against-.

MASS APPEAL MEDIA INC., PETER BITTENBENDER, and JENYA MEGG,

                Defendants.

Index No.: 22-cv-9115-VSB

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Mass Appeal Media Inc., Peter Bittenbender, and Jenya Meggs in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: December 26, 2023
        New York, New York

JACKSON LEWIS P.C.

666 Third Avenue, 28th Floor
New York, NY 10017
T: (212) 545-4000
Dana.Weisbrod@jacksonlewis.com

By:   *s/*Dana G. Weisbrod
      Dana G. Weisbrod

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2023 the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   *s/*Dana G. Weisbrod
                                                   Dana G. Weisbrod