UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MELISSA COOPER,

      Plaintiff,

  -against-           No. 23 Civ. 9115 (VSB)

MASS APPEAL MEDIA INC., PETER
BITTENBENDER, and JENYA MEGGS,   **NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE**

      Defendant.
------------------------------------------------------------- X

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Christian Mercado, hereby move for leave to withdraw as an attorney of record, as my last day with Pechman Law Group PLLC will be April 10, 2024. Louis Pechman and Gianfranco Cuadra will continue to serve as counsel of record to Plaintiff in the above-referenced matter and no party will be prejudiced if this Motion is granted.

Dated: New York, New York
   April 10, 2024      Respectfully submitted,

              By: _____
              Christian Mercado (5942107)