APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J.

Dated: June 17, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MELISSA COOPER,

                      Plaintiff,

      -against-                           No. 23 Civ. 9115 (VSB)

MASS APPEAL MEDIA INC., PETER
BITTENBENDER, and JENYA MEGGS,       NOTICE OF MOTION AND
                                             MOTION TO WITHDRAW
                   Defendant.           APPEARANCE
---------------------------------------------------------------- X

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Christian Mercado, hereby move for leave to withdraw as an attorney of record, as my last day with Pechman Law Group PLLC will be April 10, 2024. Louis Pechman and Gianfranco Cuadra will continue to serve as counsel of record to Plaintiff in the above-referenced matter and no party will be prejudiced if this Motion is granted.

Dated: New York, New York
        April 10, 2024                Respectfully submitted,

                                               By: _____
                                                  Christian Mercado (5942107)