UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                          :

MELISSA COOPER,                           :

                                                     :
                                Plaintiff,          :
                                                     :                  23-CV-9115 (VSB)
                        -against-                     :
                                                     :                         **ORDER**

MASS APPEAL MEDIA INC., PETER     :
BITTENBENDER, and JENYA MEGGS,     :
                                                     :
                                     Defendants.    :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        A telephonic conference in this matter is scheduled for December 18, 2024 at 2:00 pm. The parties are advised that the Court's former dial-in number is no longer in service. The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated: December 12, 2024
        New York, New York

                                                          _____
                                                         Vernon S. Broderick
                                                         United States District Judge