UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
                                         :

MELISSA COOPER,                       :

                        Plaintiff,    :

                              :            23-CV-9115 (VSB)

           -against-          :

                              :              **ORDER**

MASS APPEAL MEDIA INC., PETER    :
BITTENBENDER, and JENYA MEGGS,  :

                              :

                   Defendants.  :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        The parties are directed to submit a joint status update by March 14, 2025, including a

proposed summary judgment briefing schedule.

SO ORDERED.

Dated:    March 4, 2025
           New York, New York

                                       Vernon S. Broderick
                                       United States District Judge