# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

April 14, 2025

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
U.S.D.C. for the S.D.N.Y.
40 Foley Square, Courtroom 518
New York, NY 10007

                                      **Re:** *Cooper v. Mass Appeal Media Inc., et al.*
                                             **23 Civ. 9115 (VSB) (BCM)**

Dear Judge Broderick:

      We represent all Defendants in the above-referenced action. We write, jointly with Plaintiff's counsel, to inform the Court that the parties have reached a settlement of this action in principle. The parties respectfully request that the Court adjourn all deadlines, including summary judgment deadlines, pending the forthcoming filing of a stipulation of discontinuance. The parties respectfully request that the Court not dismiss this Action in the interim.

      The parties thank the Court for its time and consideration of the above.

                                                        Respectfully submitted,

                                                          /s/ Dana G. Weisbrod
                                                          Dana G. Weisbrod
                                                          Leo T. Ernst

Cc: Plaintiff's counsel (via ECF)

                                                      All deadlines in this case are hereby ADJOURNED pending the parties' submission of a stipulation of discontinuance.

                                                      Dated: April 15, 2025

**SO ORDERED:**

*[Signature]*

**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**