UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MELISSA COOPER,

                               Plaintiff,

        -against-

MASS APPEAL MEDIA INC., PETER BITTENBENDER, and JENYA MEGGS,

                              Defendants.

------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

23 Civ. 9115 (VSB)

        **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Melissa Cooper ("Plaintiff") and Defendants Mass Appeal Media Inc., Peter Bittenbender, and Jenya Meggs (together, "Defendants"), through their respective undersigned counsel, that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Action, including all claims and defenses alleged in it as and between the Plaintiff and Defendants, is dismissed with prejudice, with each party to bear their own fees and costs, and

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

By: _____
    Louis Pechman, Esq.
    Gianfranco J. Cuadra, Esq.
    PECHMAN LAW GROUP PLLC
    488 Madison Avenue Suite 1704
    New York, NY 10022

By:   /s/ Dana G. Weisbrod_____
    Dana G. Weisbrod, Esq.
    Leo T. Ernst, Esq.
    JACKSON LEWIS P.C.
    666 Third Avenue, 28th Floor
    New York, NY 10017

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANTS

Dated: June 11, 2025

Dated: June 10, 2025